■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL LAZIER, Appellant. [994 NYS2d 864]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered June 25, 2012, convicting him of burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v DeSimone*, 80 NY2d 273, 283 [1992]; *People v Brown*, 122 AD3d 133 [2d Dept 2014]) and, thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant's contention, the enhanced sentence imposed due to his failure to comply with the conditions of the plea agreement was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Skelos, J.P., Leventhal, Hinds-Radix and Maltese, JJ., concur.